UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                          :

UNITED STATES OF AMERICA
        - v. -                   :

JAIRO GABRIEL MONTOYA HERNANDEZ,   :
  a/k/a "Maximo,"                     **ORDER**
  a/k/a "El Ingeniero,"          :
JAIRO MAURICIO MONTOYA MACIAS,      07 Cr. 197
  a/k/a "Mauricio,"
  a/k/a "Martin,"                  :
FABIO ALONSO MARIN DUQUE,
  a/k/a "Felipe,"                  :
WILLIAM DE JESUS RESTREPO RESTREPO,:
  a/k/a "Willy,"
JULIO CESAR RAMIREZ LAINO,        :
ALVARO MORALES MAYA,
  a/k/a "Bethoven,"
  a/k/a "El Sordo,"               :
BEATRIZ EUGENIA RAMIREZ LUGO, and :
MARTA OLGA MACIAS DE MONTOYA,

           Defendants.
- - - - - - - - - - - - - - - - - -x



       Upon the application of the United States of America, and for good cause shown, it is hereby

       ORDERED that the Indictment in the above-captioned matter, which has heretofore been sealed, shall be and hereby is unsealed.

Dated:  New York, New York
       June 1, 2007

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE